```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ANGELA L. SCOTT (Cal. Bar No. 240418)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-0142
     E-mail:    angela.l.scott@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
APR -1 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-0660M |
|---|---|
| Plaintiff, | ~~PROPOSED~~ ORDER |
| v. | [UNDER SEAL] |
| ISMAEL GUTIERREZ VILAVAZO, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint, arrest warrant, affidavit in support of the complaint, and detention request in the above-titled case, together with this ex parte application, the memorandum of points and authorities, the declaration of Angela Scott, and this court's sealing order, be kept under seal until the arrest

//

//


of defendant on this complaint or defendant's initial appearance on the complaint, whichever occurs first.

DATED: APR - 1 2014              Frederick F. Mumm
                                 ─────────────────────────
                                 Frederick F. Mumm
                                 UNITED STATES MAGISTRATE JUDGE


IN CASE OF DENIAL:

   The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____    ─────────────────────────
                                 UNITED STATES MAGISTRATE JUDGE