*Rule 5 Documents*                                                        *14 MJ-660*

**Reply@lawd.uscourts.gov**         To   Clerk@lawd.uscourts.gov
04/08/2014 08:48 AM                  cc
                                     bcc
                           Subject   Activity in Case 1:14-mj-00027-JDK USA v. Vilavazo Notice
                                     to Receiving District of Criminal Case Transfer

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Western District of Louisiana

*FILED CLERK, U.S. DISTRICT COURT APR - 8 2014 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY*

**Notice of Electronic Filing**

The following transaction was entered on 4/8/2014 at 10:48 AM CDT and filed on 4/4/2014

**Case Name:**     USA v. Vilavazo
**Case Number:**   1:14-mj-00027-JDK
**Filer:**
**Document Number:** 4

**Docket Text:**
**Notice to Central District of California of a Rule 5 or Rule 32 Initial Appearance as to Ismael Gutierrez Vilavazo (1). Your case number is: 14-0660M. Docket sheet and documents attached. (If you need additional information, please send a request to lawdml_criminal@lawd.uscourts.gov.) (crt,LaCombe, L)**

**1:14-mj-00027-JDK-1 Notice has been electronically mailed to:**

**1:14-mj-00027-JDK-1 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045083339 [Date=4/8/2014]
[FileNumber=3491829-0]
[37aaaf9269269a66946f7f1bc07b8cb105201b9f11948d458950806592e31acd343
3
58662bc7e5be28b64fb1aa7aee14e6a4ef6b02e75ff94fcd2c26632b88e2]]

CLOSED

# U.S. District Court
## Western District of Louisiana (Alexandria)
### CRIMINAL DOCKET FOR CASE #: 1:14-mj-00027-JDK All Defendants

| | |
|---|---|
| Case title: USA v. Vilavazo | Date Filed: 04/04/2014 |
| Other court case number: 14-0660M Central District of California | Date Terminated: 04/04/2014 |

Assigned to: Magistrate Judge James D Kirk

### Defendant (1)

**Ismael Gutierrez Vilavazo**
*TERMINATED: 04/04/2014*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846=ND.F Conspiracy to distribute Methamphetamine on charges originating from the Central District of California | |

### Plaintiff

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2014 | | ARREST (Rule 5(c)(2)) of Ismael Gutierrez Vilavazo (1). (crt,LaCombe, L) |

| | | |
|---|---|---|
| | | (Entered: 04/08/2014) |
| 04/04/2014 | 1 | RULE 40 or 5(c)(3) Charging Documents Received from Central District of California, their Case Number 14-0660M, as to Ismael Gutierrez Vilavazo (1). (Attachments: # 1 Affidavit, # 2 Copy of Warrant)(crt,LaCombe, L) (Entered: 04/08/2014) |
| 04/04/2014 | 2 | MINUTES for proceedings held before Magistrate Judge James D Kirk: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Ismael Gutierrez Vilavazo (1) held on 4/4/2014. Defendant will request court appointed counsel in charging district. Defendant remanded to the US Marshal for transfer to Central District of California. (Court Reporter: Liberty Recording) (crt,LaCombe, L) (Entered: 04/08/2014) |
| 04/04/2014 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Ismael Gutierrez Vilavazo (1). Defendant committed to District of Central District of California. Signed by Magistrate Judge James D Kirk on 04/04/2014. (crt,LaCombe, L) (Entered: 04/08/2014) |
| 04/04/2014 | 4 | Notice to Central District of California of a Rule 5 or Rule 32 Initial Appearance as to Ismael Gutierrez Vilavazo (1). Your case number is: 14-0660M. Docket sheet and documents attached. (If you need additional information, please send a request to lawdml_criminal@lawd.uscourts.gov.) (crt,LaCombe, L) (Entered: 04/08/2014) |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA      MAGISTRATE NO. 1:14-00027
                                        CACD NO. 14-0660M

VERSUS

ISMAEL GUTIERREZ VILAVAZO      MAGISTRATE JUDGE JAMES D. KIRK

### MINUTES OF COURT OF INITIAL APPEARANCE

Friday, April 4, 2014      Court opened 10:00 a.m.      Court adjourned 10:30 a.m.
Statistical Time in Court: /30

PRESENT:    JAMES D. KIRK                  MAGISTRATE JUDGE
                 Liberty Recording             Court Reporter
                 Joyce Burge                    Courtroom Deputy
                 Ismael Gutierrez Vilavazo a/k/a
                 Mike Gutierrez                Defendant

**PROCEEDINGS:**

XX     Defendant sworn
XX     Defendant advised of charges
XX     Defendant advised of rights
XX     Defendant ordered transferred to Central District of California for preliminary examination, detention hearing and further proceedings
XX     Defendant will request court appointed counsel in charging district

**FILINGS:**

XX     Commitment to Another District

**COMMENTS:**

Defendant remanded to U.S. Marshal Service for transfer to Central District of California.

Case 2:14-cr-00209-TJH Document 5 Filed 04/08/14 Page 6 of 6 Page ID #:33
Case 1:14-mj-00027-JDK Document 3 Filed 04/04/14 Page 1 of 1 PageID #: 13
AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 4/4/14

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:14-mj-00027 |
| | ) |
| ISMAEL GUTIERREZ VILAVAZO | ) Charging District's |
| *Defendant* | ) Case No. 14-0660M |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __CENTRAL__ District of __CALIFORNIA__.

The defendant may need an interpreter for this language: _____

The defendant:  ☐ will retain an attorney.
                ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: April 4, 2014

*Judge's signature*

James D. Kirk, United States Magistrate Judge
*Printed name and title*