ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ANGELA L. SCOTT (Cal. Bar No. 240418)
Assistant United States Attorney
OCDETF Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6683
    Facsimile: (213) 894-0142
    E-mail:    angela.l.scott@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
APR 10 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR **CR 14 00209** |
| Plaintiff, | ~~PROPOSED~~D ORDER |
| v. | [UNDER SEAL] |
| ISMAEL GUTIERREZ VILAVAZO,<br>  aka "Ismael Gutierrez,"<br>  aka "Mike Gutierrez,"<br>  aka "Mikey," and<br>JORGE BERISTAIN HUERTA,<br>  aka "Moreno,", | |
| Defendants. | |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    The indictment, the detention requests, related arrest warrants, and related case-initiation documents in this case, including the Waiver of Indictment form, Case Summary, and the memoranda regarding the lack of known conflicts of interest for district judges and magistrate judges in the above-titled case, together with the ex parte application, the memorandum of points and authorities, the declaration of Angela Scott, and this

court's sealing order, be kept under seal until a defendant in this matter is scheduled to make his initial appearance on this indictment in this district.

DATED: 4/10/14

MARGARET A. NAGLE
U.S. MAGISTRATE JUDGE

_____
UNITED STATES MAGISTRATE JUDGE

IN CASE OF DENIAL:

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____   _____
UNITED STATES MAGISTRATE JUDGE