# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number n/a **CR 14 00209**   Defendant Number 1
U.S.A. v. Ismael Gutierrez Vilavazo   Year of Birth 1984
[✓] Indictment   [ ] Information   Investigative agency (FBI, DEA, etc.) FBI

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:

[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense  9/26/13
c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY

[✓] Los Angeles  [ ] Ventura
[ ] Orange  [ ] Santa Barbara
[ ] Riverside  [ ] San Luis Obispo
[ ] San Bernardino  [ ] Other _____

Citation of Offense  21 USC 846, 841(a)(1), (b)(1)(B)(viii)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  [✓] No  [ ] Yes

IF YES  Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED
**CASE** _____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: 4/1/14
Case Number  14-0660 M
Charging  21 USC 846

The complaint:  [✓] is still pending
[ ] was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?  [✓] No  [ ] Yes

IF YES, provide, Name: _____
Phone Number: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number _____
The superseded case:
[ ] is still pending before Judge/Magistrate Judge _____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?   ☑ YES   ☐ NO
IF YES, list language and/or dialect:
Spanish

**OTHER**

☑ Male   ☐ Female
☐ U.S. Citizen   ☑ Alien
Alias Name(s): Ismael Gutierrez, Mike Guiterrez, Mikey

This defendant is charged in:   ☐ All counts
☑ Only counts: 1-8
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☑ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☐ mail/wire fraud
☑ narcotics offenses   ☐ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☐ Other

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: n/a
b. Posted bond at complaint level on: n/a
   in the amount of $ n/a
c. PSA supervision?   ☐ Yes   ☐ No
d. Is on bail or release from another district:
   n/a

Defendant is **in** custody:

a. Place of incarceration:   ☐ State   ☑ Federal
b. Name of Institution: Currently being transported to CACD
c. If Federal: U.S. Marshal's Registration Number:
   6700076
d. ☐ Solely on this charge. Date and time of arrest:
   n/a
e. On another conviction:   ☑ Yes   ☐ No
   IF YES:   ☐ State   ☑ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☑ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court: n/a
Date transferred to federal custody: n/a
This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ____ 20   ____ 21   ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date 4/9/14

Signature of Assistant U.S. Attorney

Print Name: Angela Scott