ORIGINAL

FD# GX36085

FILED
CLERK, U.S. DISTRICT COURT
APR 16 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>v.<br>ISMAEL GUTIERREZ VILAVAZO,<br>26700-076   DEFENDANT(S) | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br>CASE NO.: CR 14-209-1<br>~~14-0660M~~ |
|---|---|

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **ISMAEL GUTIERREZ VILAVAZO** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with conspired and agreed with each other to knowingly and intentionally distribute at least five grams of methamphetamine, that is, 48.6 grams of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(viii).

REC: BY AUSA    [Detention]    TO BE DETERMINED BY DUTY JUDGE

_April 1, 2014_
Date

_/s/ FJM_
Name of Magistrate Judge

_Frederick F. Mumm_
Signature of Magistrate Judge

ARRESTED ON: 4/4/14 WITHIN THE DISTRICT OF LA BY: FBI

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location): | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

WARRANT FOR ARREST ON COMPLAINT                          Page 1 of 2