# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>ISMAEL GUTIERREZ VILAVAZO<br>aka Ismael Gutierrez, aka Mike Gutierrez, Mikey<br>DEFENDANT(S). | CASE NUMBER:<br>CR14-209 - 1 DMG<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 4/21/14 - 7:00    ☑ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☑    No ☐
3. Charges under which defendant has been booked:
   21 USC 841 - DANGEROUS DRUGS
4. Offense charged is a: ☑ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes    ☑ No    ☐ Unknown
6. Interpreter Required: ☑ No    ☐ Yes: _____ (Language)
7. Year of Birth: 1984
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel? ☑ No
    ☐ Yes    Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?    ☐ No
    ☑ If yes, please list Officer's Name: DUTY OFCR    Time: 9:00    AM / PM
14. Remarks (if any): _____

15. Date: 4/21/14
16. Name: I. Navarro (Please Print)
17. Agency: USMS
18. Signature: [signed]
19. Office Phone Number: 213 894-1376

FILED 2014 APR 21 AM 11:18 CLERK U.S. DISTRICT COURT CENTRAL DIST OF CALIF. LOS ANGELES

CR-64 (06/09)    REPORT COMMENCING CRIMINAL ACTION