NFPV

P-Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 14-CR-209-DMG-1 |
| v. | |
| Ismael Gutierrez Vilavazo, DEFENDANT. | ABSTRACT OF COURT PROCEEDING |

**TO:    UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:**

You are hereby notified that the Honorable _Jacqueline Chooljian_,
☐ United States District Judge  ☑ United States Magistrate Judge, has this date  ☐ ordered  ☑ recommended that the above-named federal prisoner be:

☐ Allowed to make  ☐ _____ social  ☐ _____ legal telephone call(s) at prisoner's own expense;
    ☐ forthwith              ☐ as soon as possible          ☐ as requested, at suitable times

☐ Allowed social visits        ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to  ☐ MDCLA  ☐ Other _____

☑ Provided with a medical examination and/or medical treatment for _within the next 24 hours._
A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment.  A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Other _____

Dated: _4/21/14_

CLERK U.S. DISTRICT COURT

By: _Hana Rashad_
    Deputy Clerk

**RETURN TO CLERK'S OFFICE**
☐ Western Division-Los Angeles      ☐ Southern Division-Santa Ana      ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

_____
_____
_____
_____

| Name (Print) | Title | Signature |
|---|---|---|

*cc:* ☒ *MDC,* ☒ *Cell block*

CR-53 (12/03)                    ABSTRACT OF COURT PROCEEDING

GPO U.S. GOVERNMENT PRINTING OFFICE: 2006-572-830/59179