```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2433
     Facsimile: (213) 894-0142
     E-mail:    Mark.Childs@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,      | No. CR 14-209-DMG |
|---|---|
|     Plaintiff, | NOTICE OF ATTORNEY APPEARANCE FOR UNITED STATES |
|         v. | |
| ISMAEL GUTIERREZ VILLAVAZO, | |
|     Defendant. | |

    Plaintiff, United States of America, hereby advises the court that the above-captioned case has been assigned to an Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-mail Address |
|---|---|---|
| **Newly Assigned AUSA** | J. Mark Childs | Mark.childs@usdoj.gov |

//

//

//

Please make all necessary changes to the court's Case Management/ Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: 07/21/2014                    Respectfully submitted,

                                     ANDRÉ BIROTTE JR.
                                     United States Attorney

                                     ROBERT E. DUGDALE
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                           /s/
                                     J. MARK CHILDS
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA