# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 14-209-DMG-1 |
| v. | |
| 1) ISMAEL GUTIERREZ VILAVAZO, | **ORDER TRANSFERRING CRIMINAL ACTION PURSUANT TO GENERAL ORDER 14-03** |
| DEFENDANT(S). | |

Pursuant to General Order 14-03, IT IS HEREBY ORDERED that the above-entitled criminal action be transferred to the calendar of Judge ___Terry J. Hatter, Jr.___ for all further proceedings as to:

☐ all defendants

☒ only as to defendant(s):

1) ISMAEL GUTIERREZ VILAVAZO

___10/23/14___
Date

_____
Dolly M. Gee, United States District Judge

___10/22/14___
Date

_____
Terry J. Hatter, Jr., United States District Judge

---

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials ___TJH___ after the case number, so that the case number will read ___CR14-00209 TJH-1___. This is very important because traditionally filed documents are routed to the assigned Judge by means of these initials.

cc: ☒ Previous Judge    ☐ Statistics Clerk

CR-71 (06/14)    ORDER TRANSFERRING CRIMINAL ACTION PURSUANT TO GENERAL ORDER 14-03