# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CR 14-0209-TJH** | Date | OCTOBER 23, 2014 |

Present: The Honorable **TERRY J. HATTER, JR.  UNITED STATES DISTRICT JUDGE PRESIDING**

Interpreter   N/A

| YOLANDA SKIPPER | NOT REPORTED | ANGELA L. SCOTT<br>J. MARK CHILDS<br>(Not Present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| **U.S.A. v. Defendant(s):** | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. ISMAEL GUTIERREZ VILAVAZO | NOT | ✗ | | 1. ANGEL NAVARRO | NOT | ✗ | |

**Proceedings:     IN CHAMBERS - ORDER AND NOTICE TO PARTIES**

Counsel are hereby notified that the above matter is set on the Court's calendar for a Final Pretrial Conference, Government's Motion in Limine Re: Admission of Narcotics Trafficking Evidence [72] and Government's Motion in Limine Re: Exclusion of Any Reference to a Joke Made by a Translator [73] all set for **November 3, 2014 at 10:00 a.m.**

The Jury Trial date will remain for **November 25, 2014 at 10:00 a.m.**

**IT IS SO ORDERED.**

**CC: USPO
    PTS**