# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CR 14-0209-TJH** | Date | OCTOBER 30, 2014 |

| | |
|---|---|
| Present: The Honorable | TERRY J. HATTER, JR.  UNITED STATES DISTRICT JUDGE PRESIDING |
| Interpreter | N/A |

| YOLANDA SKIPPER | NOT REPORTED | ANGELA L. SCOTT<br>J. MARK CHILDS<br>(Not Present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| **U.S.A. v. Defendant(s):** | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. ISMAEL GUTIERREZ VILAVAZO | NOT | ✗ | | 1. ANGEL NAVARRO | NOT | ✗ | |

**Proceedings:**   **IN CHAMBERS - ORDER AND NOTICE TO PARTIES**

The Court is in receipt of Government's Motion in limine to admit narcotics trafficking evidence seized from Reedley address, filed on 10-28-14 **[86].**  Counsel are hereby notified that this motion is set on the Court's calendar for **November 3, 2014 at 10:00 a.m.**

**IT IS SO ORDERED.**

**CC: USPO**
     **PTS**

CR0-11                                          CRIMINAL MINUTES - GENERAL          Initials of Deputy Clerk YS