UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 14-0209-TJH** | Date | NOVEMBER 3, 2014 |
|---|---|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | N/A |
|---|---|

| YOLANDA SKIPPER | LISA GONZALEZ | ANGELA L. SCOTT |
|---|---|---|
| *Deputy Clerk* | *Court Recorder/Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. ISMAEL GUTIERREZ VILAVAZO | ✗ | ✗ | | 1. ANGEL NAVARRO | ✗ | ✗ | |

**Proceedings:** **PRETRIAL CONFERENCE AND GOVERNMENT'S MOTIONS IN LIMINE**

The case is called and counsel state their appearance. The Court and counsel confer. Pretrial Conference held.

Following discussions with counsel, the Court finds as follows:
Government's motion in limine regarding admissions of narcotics trafficking evidence [72] is hereby denied in part and granted in part as stated on the record.
Government's motion in limine regarding exclusion of any reference to a joke made by a translator [73] will be excluded and will not come in, but the rest of the statements by the translator will come in.
Government's motion in limine regarding admission of narcotics trafficking evidence seized from Reedley [86] is granted.

Jury Trial is set on November 25, 2014 at 10:00 a.m.

IT IS SO ORDERED.

CC: USPO , PTS

_____ : 23 _____

| CR0-11 | CRIMINAL MINUTES - GENERAL | Initials of Deputy Clerk YS |
|---|---|---|