STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ANGELA L. SCOTT (Cal. Bar No. 240418)
J. MARK CHILDS (Cal. Bar. No. 162684)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2433
     Facsimile:  (213) 894-0142
     E-mail:     mark.childs@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  | No. CR 14-209-TJH |
|---|---|
| Plaintiff, | ORDER REGARDING DISCLOSURE OF SENSITIVE MATERIAL [90] |
| v. | |
| ISMAEL GUTIERREZ VILAVAZO,   aka "Ismael Gutierrez,"   aka "Mike Gutierrez,"   aka "Mikey," | |
| Defendant. | |

The Court has received and considered the jointly-filed Stipulation Regarding Disclosure of Sensitive Materials between the parties. Good cause showing,

IT IS HEREBY ORDERED THAT:

1.   The government will identify the discovery materials in this case the disclosure of which could jeopardize the safety of witnesses or other persons or affect the confidentiality of ongoing investigations (the "Sensitive Materials").

2. The government will mark all Sensitive Materials with the following stamp or inscription: "SUBJECT TO PROTECTIVE ORDER" or "PROTECTIVE ORDER"

3. If the government distributes any document, compact disk, or other material bearing the above label, defense counsel agrees to the following as to such material:

    a. Defense counsel shall not distribute Sensitive Materials to anyone other than his own legal staff (including paralegal assistants, legal secretaries, defense investigators, and lawyer-associates);

    b. Defense counsel shall not allow anyone other than himself, or his legal staff to possess, or maintain possession of, any Sensitive Materials;

    c. Defense counsel may not disclose the contents of any Sensitive Materials publicly, including in any court filing, without first meeting and conferring with government counsel, and, in any event, shall file any Sensitive Materials under seal.

    d. The parties must confer before filing any motions regarding the government's disclosure (or lack of disclosure) of Sensitive Materials.

IT IS SO ORDERED.

Dated: November 5, 2014  _____
    THE HONORABLE TERRY J. HATTER, JR.,
    UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
_____
ANGELA L. SCOTT
Assistant United States Attorney