# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

| Case No. | CR 14-0209-TJH | | Date | NOVEMBER 18, 2014 |
|---|---|---|---|---|

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE PRESIDING

Interpreter   N/A

| YOLANDA SKIPPER | NOT REPORTED | ANGELA SCOTT / KIMBERLY JAIMEZ / MICHAEL AZAT (NOT PRESENT) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| | U.S.A. v. Defendant(s): | Present | Cust. | Bond | | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|---|---|
| 1. | ISMAEL GUTIERREZ VILAVAZO | NOT | ✗ | | 1. | ANGEL NAVARRO | NOT | ✗ | |

**Proceedings:**   **IN CHAMBERS- ORDER GRANTING DEFENDANT'S REQUEST FOR HEARING RE SECOND CONFIDENTIAL SOURCE DISCOVERY [93]**

Good cause appearing, Defendant is GRANTED a hearing in regard to his request re second confidential source discovery. The hearing is set for *November 21, 2014 at 10:00 a.m.*

**IT IS SO ORDERED.**

cc: all parties

CR0-11                              CRIMINAL MINUTES - GENERAL              Initials of Deputy Clerk YS