UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 14-0209-TJH** | Date | NOVEMBER 21, 2014 |
|---|---|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | N/A |
|---|---|

| YOLANDA SKIPPER | CHIA MEI JUI | ANGELA SCOTT<br>MICHAEL AZAT<br>KIMBERLY D. JAIMEZ |
|---|---|---|
| *Deputy Clerk* | *Court Recorder/Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. ISMAEL GUTIERREZ VILAVAZO | ✗ | ✗ | | 1. ANGEL NAVARRO | ✗ | ✗ | |

Proceedings:   **STATUS CONFERENCE RE DEFENDANT'S REQUEST FOR HEARING RE SECOND CONFIDENTIAL SOURCE DISCOVERY [93]**

The case is called and counsel state their appearance. The Court and counsel confer. Status Conference is held.

Following discussions with counsel, the Court orders the parties to meet and confer to see if they can resolve this issue. Defendant may suggest some questions that the Government may ask of the second confidential source. The Defendant's request to continue the Jury Trial date is hereby GRANTED and continued to **December 2, 2014 at 10:00 a.m.**

Defendant informs the Court that they intend to file a motion in limine and the Court will set it for **November 24, 2014 at 10:00 a.m.**

IT IS SO ORDERED.

CC: USPO , PTS

: **16**

| CR0-11 | CRIMINAL MINUTES - GENERAL | Initials of Deputy Clerk <u>YS</u> |
|---|---|---|