UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 14-209-TJH** | Date | NOVEMBER 24, 2014 |
|---|---|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| YOLANDA SKIPPER | DEBBIE HINO-SPAAN | KIMBERLY D. JAIMEZ / MICHAEL AZAT |
|---|---|---|
| *Deputy Clerk* | *Court Recorder/Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. ISMAEL GUTIERREZ VILAVAZO | ✗ | ✗ | | 1. ANGEL NAVARRO | ✗ | ✗ | |

Proceedings:   HEARING RE: DEFENDANT'S MOTION IN LIMINE TO EXCLUDE COCONSPIRATOR STATEMENTS [100]

The case is called and counsel state their appearance. The Court and counsel confer.

Following discussions with counsel, the Court advises counsel that the motion is DENIED.

Jury Trial will begin on *December 2, 2014 at 10:00 a.m.*

IT IS SO ORDERED.

CC: USPO , PTS

___: 07

| CR0-11 | CRIMINAL MINUTES - GENERAL | Initials of Deputy Clerk <u>YS</u> |
|---|---|---|