STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
KIMBERLY D. JAIMEZ (Cal. Bar No. 271535)
Assistant United States Attorney
MICHAEL O. AZAT (Cal. Bar No. 278409)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2253
     Facsimile: (213) 894-0141
     E-mail:    kimberly.jaimez@usdoj.gov
                michael.azat@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-209-TJH |
|---|---|
| Plaintiff, | PROPOSED VERDICT FORM |
| v. | Trial Date:   11/25/2014<br>Time:         10:00 a.m.<br>Location:     Courtroom of the<br>              Hon. Terry J.<br>              Hatter |
| ISMAIL GUTIERREZ VILAVAZO,<br>  aka "Ismail Gutierrez,"<br>  aka "Mike Gutierrez,"<br>  aka "Mikey,", | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of

//

//

California and Assistant United States Attorneys Kimberly D. Jaimez and Michael O. Azat, hereby files its Proposed Verdict Form.

Dated: November 24, 2014        Respectfully submitted,

                                            STEPHANIE YONEKURA
                                            Acting United States Attorney

                                            ROBERT E. DUGDALE
                                            Assistant United States Attorney
                                            Chief, Criminal Division

                                                /s/
                                            MICHAEL O. AZAT
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
KIMBERLY D. JAIMEZ (Cal. Bar No. 271535)
Assistant United States Attorney
MICHAEL O. AZAT (Cal. Bar No. 278409)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2253
     Facsimile: (213) 894-0141
     E-mail:    kimberly.jaimez@usdoj.gov
                michael.azat@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>              v.<br><br>ISMAIL GUTIERREZ VILAVAZO,<br>  aka "Ismail Gutierrez,"<br>  aka "Mike Gutierrez,"<br>  aka "Mikey,",<br><br>         Defendant. | No. CR 14-209-TJH<br><br>VERDICT FORM<br><br>Trial Date:   11/25/2014<br>Time:         10:00 a.m.<br>Location:     Courtroom of the<br>              Hon. Terry J.<br>              Hatter |

**COUNT ONE**

We, the Jury in the above-captioned case, unanimously find the defendant Ismail Gutierrez Vilavazo:

    \_\_\_\_\_        GUILTY

    \_\_\_\_\_        NOT GUILTY

as charged in Count One of the Indictment.


**If your answer is not guilty**, proceed to Count Two.

**If your answer is guilty**, answer the next question.


We, the Jury, having found defendant Ismail Gutierrez Vilavazo guilty of Count One of the Indictment, further unanimously find that defendant conspired to distribute the following amount of "pure" or "actual" methamphetamine:

    \_\_\_\_\_        at least five grams, but less than fifty grams

    \_\_\_\_\_        less than five grams

Proceed to Count Two.

**COUNT TWO**

We, the Jury in the above-captioned case, unanimously find the defendant Ismail Gutierrez Vilavazo:

\_\_\_\_\_          GUILTY

\_\_\_\_\_          NOT GUILTY

as charged in Count Two of the Indictment.

**If your answer is not guilty**, proceed to Count Three.

**If your answer is guilty**, answer the next question.

We, the Jury, having found defendant Ismail Gutierrez Vilavazo guilty of Count Two of the Indictment, further unanimously find that defendant distributed the following amount of "pure" or "actual" methamphetamine:

\_\_\_\_\_          at least five grams, but less than fifty grams

\_\_\_\_\_          less than five grams

Proceed to Count Three.

**COUNT THREE**

We, the Jury in the above-captioned case, unanimously find the defendant Ismail Gutierrez Vilavazo:

\_\_\_\_\_        GUILTY

\_\_\_\_\_        NOT GUILTY

as charged in Count Three of the Indictment.

Proceed to Count Four.

**COUNT FOUR**

We, the Jury in the above-captioned case, unanimously find the defendant Ismail Gutierrez Vilavazo:

    \_\_\_\_\_    GUILTY

    \_\_\_\_\_    NOT GUILTY

as charged in Count Four of the Indictment.

Proceed to Count Five.

**COUNT FIVE**

We, the Jury in the above-captioned case, unanimously find the defendant Ismail Gutierrez Vilavazo:

    _____    GUILTY

    _____    NOT GUILTY

as charged in Count Five of the Indictment.

Proceed to Count Six.

**COUNT SIX**

We, the Jury in the above-captioned case, unanimously find the defendant Ismail Gutierrez Vilavazo:

    \_\_\_\_\_    GUILTY

    \_\_\_\_\_    NOT GUILTY

as charged in Count Six of the Indictment.


Proceed to Count Seven.

**COUNT SEVEN**

    We, the Jury in the above-captioned case, unanimously find the defendant Ismail Gutierrez Vilavazo:

       \_\_\_\_\_       GUILTY

       \_\_\_\_\_       NOT GUILTY

as charged in Count Seven of the Indictment.


Proceed to Count Eight.

1 **COUNT EIGHT**

2     We, the Jury in the above-captioned case, unanimously find the

3 defendant Ismail Gutierrez Vilavazo:

4        _____    GUILTY

5        _____    NOT GUILTY

6 as charged in Count Eight of the Indictment.