STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
KIMBERLY D. JAIMEZ (Cal. Bar No. 271235)
MICHAEL O. AZAT (Cal. Bar No. 278409)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2253
     Facsimile: (213) 894-0141
     E-mail:   kimberly.jaimez@usdoj.gov
               michael.azat@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-209-TJH |
|---|---|
| Plaintiff, | GOVERNMENT'S PROPOSED VOIR DIRE |
| v. | Trial Date: 12/02/2014<br>Time:       10:00 a.m. |
| ISMAIL GUTIERREZ VILAVAZO,<br>  aka "Ismael Gutierrez"<br>  aka "Mike Gutierrez"<br>  aka "Mikey," | Location:   Courtroom of the<br>            Hon. Terry J.<br>            Hatter |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, proposes and respectfully requests that the

following voir dire questions be asked in addition to those usually asked by the Court.

Dated: November 24, 2014          Respectfully submitted,

                                            STEPHANIE YONEKURA
                                            Acting United States Attorney

                                            ROBERT E. DUGDALE
                                            Assistant United States Attorney
                                            Chief, Criminal Division


                                                   /s/
                                            Kimberly D. Jaimez
                                            Michael O. Azat
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA

**GOVERNMENT'S REQUESTED VOIR DIRE INSTRUCTIONS**

**I.  GENERAL**

1. Is there anything about the charges in this case that makes you unwilling or reluctant to serve as a juror?

2. Do you have any difficulty with your language skills, hearing or sight, or have any medical problems that could impair your ability to devote your full attention to this trial?

3. If you are selected as a juror and hear this case, you will be required to deliberate with eleven other jurors. This will require you to discuss the evidence and the law in this case with the eleven other jurors. Is there anything that leads you to believe that you would be unable or unwilling to engage in such discussions?

**II.  DRUG LAWS**

4. Do you believe that laws prohibiting the distribution of illegal drugs, such as methamphetamine, should be abolished or not enforced?

5. Do you believe that laws prohibiting the distribution of illegal drugs, such as methamphetamine, should be changed in any way?

6. Is there anything about the way the Federal Bureau of Investigation ("FBI"), the Drug Enforcement Agency ("DEA"), the Los Angeles Police Department ("LAPD"), the Los Angeles Sherriff's Department ("LASD"), or any other law enforcement agency conducts drug investigations that would make it difficult for you to render a fair and impartial verdict in this case?

7. Have you or a family member or a close friend ever suffered from a drug dependency problem? If so, would you feel more comfortable discussing the matter privately with the Court and the attorneys?

    8.   Do any of you feel that the drug laws of this country are unconstitutional or unfair in any way?

    9.   Do any of you believe that the government should stop prosecuting certain drug cases?

    10.  Have any of you been a member of, or associated in any manner with, a group, society, or organization that advocates or supports the abolition or revision of the laws relating to the possession, use, and sale of marijuana, methamphetamine, cocaine, crack cocaine, heroin, or other controlled substances?

    11.  Do you have any reservations or doubts in your ability to be fair to both sides in a case charging someone with violations of federal drug laws involving methamphetamine?

**III. JUROR'S EXPERIENCE WITH LAW ENFORCEMENT**

    12.  Have you, or any of your close friends or relatives, ever been arrested, charged with, or convicted of any crime?  If so:

        a.   Would you please describe the circumstances?

        b.   Is there anything about those circumstances that would prevent you from being fair and impartial in this case?

    13.  Have you, or any of your close friends or relatives, ever had any contact with any law enforcement officer?  If so, do you think the officer acted professionally and fairly?  Do you have any positive or negative feelings as a result of that contact?

    14.  Have you, or any of your close friends or relatives, ever filed a lawsuit or complaint concerning the conduct of a law enforcement officer?

    15.  Do you believe that you, or any of your close friends or relatives, have ever been falsely accused of committing a crime?

16. Do any of you think that law enforcement or the criminal justice system is not fair or needs to be changed?

17. Have you or have any of your close relatives or friends had any contact with federal agents and police officers, including the FBI, DEA, LAPD, or LASD?  If so, what was the nature of the contact?  Do you feel that you or your family member or friend was treated unfairly by the agency or officer?

18. You will hear testimony in this case from FBI agents, LAPD officers, and DEA forensic chemists.  Is there anything that you have experienced, seen, heard, or read about these agencies (or any other federal agency or police department) that would prevent you from fairly assessing the credibility of the law enforcement officers who will be testifying in this case?

19. Do you have any feelings regarding the criminal justice system generally that might affect your ability to consider the evidence in this case fairly and impartially, and to base your verdict only on the evidence presented in this case?

**IV.   KNOWLEDGE OF THE CASE**

20. Do you know or are you familiar with any of the following individuals, who may be witnesses in this case?  [The Court is respectfully requested to read the government's and the defendant's witness lists.]

**V.    PUNISHMENT AND SYMPATHY**

21. The potential punishment for the offenses charged in the indictment is a matter that should never be considered by the jury in any way in arriving at an impartial verdict as to the guilt or innocence of the accused.  Will each of you be able to conduct your duties as jurors in this case without speculating about or being

3

influenced in any way by whatever punishment may or may not be imposed in this case?

22. There are some people who, for moral, ethical, or religious reasons, may find it difficult or uncomfortable to pass judgment on the conduct of others.  Is there anyone of you who holds such beliefs, or who might be affected by such beliefs?

23. Irrespective of your personal feelings about any issue that may arise in this case, will you follow the law as the Court instructs you to during this case?

24. Knowing what you now know about this case, do you have any reservations about your ability to hear the evidence, deliberate and return and fair and impartial verdict?