ANGEL NAVARRO (SBN 155702)
E-mail: angel_navarro@me.com
714 W. Olympic Blvd., Suite 450
Los Angeles, CA 90015
Office (213) 744-0216 Fax (213) 746-4435

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Ismael Gutierrez Vilavazo,<br>DEFENDANT. | CASE NUMBER<br>CR 14-00209-TJH<br><br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
|---|---|

Application is made by ☐ plaintiff ☑ defendant  Ismael Gutierrez Vilavazo
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge  Jacqueline Chooljian  by order dated: April 21, 2014

☑ denying release and imposing detention under subsection ☑ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

At the time of Mr. Gutierrez Vilavazo's initial appearance, he did not have resources for bond. Defendant's family is now in a position to assist with bond.

Relief sought *(be specific)*:

$25,000 affidavit of surety with full justification, signed by defendant's sister Rosalva Gutierrez.

Counsel for the defendant and plaintiff United States Government consulted on  January 13, 2015
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation
on  January 13, 2015 .

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| January 13, 2015 | Angel Navarro /s/ |
|---|---|
| Date | Moving Party |

APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (06/07)