# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

| Case No. | **CR 14-0209-TJH** | | Date | JANUARY 15, 2015 |
|---|---|---|---|---|

| Present: The Honorable | TERRY J. HATTER, JR. UNITED STATES DISTRICT JUDGE PRESIDING |
|---|---|
| Interpreter | N/A |

| YOLANDA SKIPPER | NOT REPORTED | MICHAEL AZAT<br>KIMBERLY D. JAIMEZ<br>(Not Present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1.  ISMAEL GUTIERREZ VILAVAZO | NOT | ✗ | | 1.  ANGEL NAVARRO | NOT | ✗ | |

**Proceedings:**   IN CHAMBERS  - NOTICE TO ALL PARTIES

Counsel are hereby notified that on the Court's own motion, the Jury Trial currently scheduled for January 27, 2015, is hereby ordered continued to *April 7, 2015 at 10:00 a.m.*

**IT IS SO ORDERED.**

CC: all parties, USPO, PTS

CR-11)**CRIMINAL MINUTES - GENERAL**                                                                 Initials of Deputy Clerk YS