```
            UNITED STATES DISTRICT COURT

           CENTRAL DISTRICT OF CALIFORNIA

                  WESTERN DIVISION

  THE HON. JUDGE JACQUELINE CHOOLJIAN, MAGISTRATE JUDGE
                       PRESIDING


UNITED STATES OF AMERICA,         )
                                  )
          Plaintiff,              )
                                  )
     vs.                          ) NO. 14-CR-00209-DMG
                                  )
ISMAEL GUTIERREZ VILAVAZO,,       )
                                  )
          Defendant.              )
_____)




         REPORTER'S TRANSCRIPT OF PROCEEDINGS

              Los Angeles, California

              Monday, April 21, 2014



       Lisa M. Gonzalez, CSR 5920, CCRR
              Official Reporter
       United States District Courthouse
       312 North Spring Street, Room 438
         Los Angeles, California  90012
                 (213) 894-2979
               csrlisag@aol.com
               www.lisamariecsr.com
```

```
 1  APPEARANCES:

 2  FOR THE GOVERNMENT:    STEPHANIE YONEKURA
                           ACTING U.S. ATTORNEY
 3                         BY:  KERRY QUINN
                           ASSISTANT UNITED STATES ATTORNEY
 4                         United States Courthouse
                           312 N. Spring Street
 5                         Los Angeles, California 90012

 6  FOR THE DEFENDANT:     LAW OFFICES OF ANGEL NAVARRO
                           BY:  ANGEL NAVARRO, ESQ.
 7                         714 West Olympic Boulevard Suite 450
                           Los Angeles, CA 90015
 8                         213-744-0216
                           Fax: 213-746-4435
 9                         Email: angel_navarro@me.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*Lisa M. Gonzalez, Official Reporter*

1          *Los Angeles, California, Monday, April 21, 2014;*
2                         *4:46 P.M.*
3                          *-oOo-*
4          THE CLERK:  Calling case number 14-CR-209,
5  United States of America vs. Ismael Gutierrez Vilavazo.
6          MS. QUINN:  Good afternoon, Your Honor.  Kerry
7  Quinn for the United States.
8          THE COURT:  Good afternoon again.
9          MR. NAVARRO:  Your Honor, good afternoon.  Angel
10 Navarro present with Ismael Gutierrez Vilavazo.  He is to my
11 left seeking appointment of counsel.
12         THE COURT:  All right.  Good afternoon.
13         Sir, is Ismael Gutierrez Vilavazo your true name?
14         THE DEFENDANT:  Ismael Gutierrez Vilavazo.
15         THE COURT:  Say it again.
16         THE DEFENDANT:  Ismael Gutierrez Vilavazo.
17         THE COURT:  Okay.  I think I'm just mispronouncing
18 it then.  Thank you.
19         All right.  Did you hear and understand the
20 statement of rights that I read earlier?
21         THE DEFENDANT:  Yes, ma'am.
22         THE COURT:  And did you see and sign a statement
23 of your constitutional rights form?
24         THE DEFENDANT:  Yes, ma'am.
25         THE COURT:  All right.  And, Mr. Navarro, you

4

```
 1  signed that form as well?
 2              MR. NAVARRO:  Yes, Your Honor.
 3              THE COURT:  All right.  Sir, did you complete and
 4  sign this financial affidavit?
 5              THE DEFENDANT:  Yes, ma'am.
 6              THE COURT:  And when you signed it, did you
 7  understand you were doing so under penalty of perjury?
 8              THE DEFENDANT:  Yes.
 9              THE COURT:  All right.  Have you received a
10  copy -- oh, I will appoint Mr. Navarro at this time.
11              Have you received a copy of the charging document,
12  that is, the indictment?
13              THE DEFENDANT:  Yes, ma'am.
14              THE COURT:  All right.  Without telling me whether
15  you admit or deny what's alleged, can you tell me, do you
16  understand what it is the government claims you did?
17              THE DEFENDANT:  Yes, ma'am.
18              THE COURT:  Government's position on bail or
19  detention, Ms. Quinn?
20              MS. QUINN:  The government is seeking detention in
21  this case, Your Honor, and I believe the defendant is going
22  to submit on that --
23              THE COURT:  All right.  Proffer, please.
24              MS. QUINN:  The government moves for detention.
25  In support of the government's motion, the government would
```

1  proffer the indictment in this case and its finding of
2  probable cause, the complaint, and the affidavit in support
3  of the complaint, the pretrial services report and its
4  recommendation of detention.
5          And this case is also a presumption case,
6  Your Honor.
7          THE COURT:  All right.  Thank you.
8          Mr. Navarro, the defense position on that request
9  at this juncture?
10         MR. NAVARRO:  Your Honor, we are not seeking bail
11 at this time.
12         THE COURT:  All right.  Then, the court will grant
13 the government's motion for detention at this time because
14 the presumption that the defendant is a flight and danger,
15 which applies under the statute, the charging statute, has
16 not been rebutted.  The order is without prejudice; so
17 should there be facts that come to light that cause you to
18 believe that it's appropriate to revisit that order nothing
19 in the detention order today prevents that from occurring.
20         All right.  This matter has been assigned to
21 district Judge Dolly M. Gee.  Judge Gee asks that we take
22 the not guilty plea.
23         THE CLERK:  Ismael Gutierrez Vilavazo, how do you
24 plea --
25         THE DEFENDANT:  Judge.

```
 1                THE COURT:  Yes?
 2                MR. NAVARRO:  Sorry, Your Honor.
 3                THE COURT:  Okay.  Do you need a moment, Mr.
 4   Navarro?
 5                MR. NAVARRO:  We're fine, Your Honor.
 6                THE COURT:  Okay.  All right.  I'll ask the clerk
 7   again, please take the plea.
 8                THE CLERK:  Ismael Gutierrez Vilavazo, how do you
 9   plead to the charges contained in the indictment?
10                THE DEFENDANT:  Not guilty.
11                THE COURT:  All right.  Thank you.  Judge Gee
12   directs that we set the following two dates:
13                First, for pretrial conference, May 27, 2014, at
14   2:30 p.m.  Again, for pretrial, 5/27/14, at 2:30.
15                For jury trial, June 10, 2014, at 8:30 a.m.
16   Again, jury trial, 6/10/14, 8:30 a.m.
17                Judge Gee further directs as follows:
18                The government is to turn over any discovery
19   within two weeks after post-indictment arraignment.  If
20   there are any problems regarding discovery, counsel are
21   directed to file a joint report within one week of the
22   discovery deadline.
23                The government is directed to prepare and submit a
24   criminal history report within two days after
25   post-indictment arraignment.
```

1        If there is a plea agreement in the case, a
2   courtesy copy thereof is to be delivered to the clerk's
3   office, Room G-19, Spring Street, attention:  Valencia
4   Vallery, V-a-l-e-n-c-i-a, Vallery, V-a-l-l-e-r-y, for Judge
5   Gee within two days after post-indictment arraignment.
6        Judge Gee is located in the other courthouse, 312
7   North Spring Street, in Courtroom 7, on the second floor.
8        Anything else in this matter at this time,
9   Mr. Navarro?
10        MR. NAVARRO:  Your Honor, I have a request to the
11  court.  My client has been in San Bernardino, and he's not
12  getting medical care.  He has indicated to me that he has
13  made numerous requests for medical care; and for those
14  reasons, Your Honor, we're asking the court to make a
15  recommendation that he be transferred to MDC-LA.  There are
16  other reasons for him to be at MDC-LA, but medically he's
17  not getting -- he's not being seen, Your Honor.  He's coming
18  from, I believe, he was in Tennessee --
19        THE COURT:  Say again.  The last thing you just
20  said.
21        MR. NAVARRO:  He was doing some -- he was doing
22  some federal time in Tennessee, and he's now here, and he
23  hasn't seen a doctor, Your Honor.  That's my understanding.
24        THE COURT:  Okay.  And are there specific or
25  urgent -- I don't mean to invade his privacy, but are there

1  specific or urgent needs that need to be addressed
2  immediately?
3         MR. NAVARRO:  Your Honor, my client, from what I
4  understand, has been suffering from back problems,
5  Your Honor, and I don't think those have been addressed.
6         THE COURT:  Okay.  I'm not going to recommend a
7  change in facility.  I will make a recommendation that he be
8  seen within 24 hours by somebody -- a medical person at his
9  facility and usually that recommendation, they follow those
10 as if they are orders.
11        Yes, Mr. Navarro.
12        MR. NAVARRO:  And he also indicates to me that
13 he's lost about 40 pounds since he's been in custody, Your
14 Honor.  Apparently he's just not eating at San Bernardino,
15 Your Honor, as well as where he was at before.
16        THE COURT:  Okay.  Without more information as to,
17 you know, is it an allergy -- I don't know if it's an
18 allergy, he doesn't like what they're feeding him or what,
19 but I can't do much with that request at this point.  You've
20 placed it on the record.  To the extent you may get more
21 information such that you can ask for something specific,
22 then the court can consider it at that juncture.
23        MR. NAVARRO:  Very well, Your Honor.
24        THE COURT:  All right.  And, Ms. Quinn, anything
25 else in this matter at this time?

1       MS. QUINN:  Nothing further at this time,
2  Your Honor.
3            *(Thereupon, proceedings adjourned)*
4
5                      *-oOo-*

*Lisa M. Gonzalez, Official Reporter*

```
 1
 2
 3                         CERTIFICATE
 4
 5       I hereby certify that pursuant to Section 753,
 6  Title 28, United States Code, the foregoing is a true and
 7  correct transcript of the stenographically reported
 8  proceedings held in the above-entitled matter and that the
 9  transcript format is in conformance with the regulations of
10  the Judicial Conference of the United States.
11
12  Date:   January 15, 2015
13
14                              Lisa M. Gonzalez
                         /s/_____
15                       Lisa M. Gonzalez, U.S. Court Reporter
                         CSR No. 5920
16
17
18
19
20
21
22
23
24
25
```