STEPHANIE YONEKURA Acting United States Atty.
MICHAEL O. AZAT (Cal. Bar No. 278409)
Assistant United States Attorney
312 N. Spring St., Suite 1200, Los Angeles, CA 90012
Tel:  (213) 894-2253 E-mail: michael.azat@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>ISMAIL GUTIERREZ VILAVAZO, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>14-209-TH<br><br>NOTICE OF MANUAL FILING<br>OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged:  (**List Documents**)

(1)  Government's Ex Parte Application for Order Sealing Document; Declaration of Michael O. Azat; Proposed Order;

(2) Government's Opposition to Defendant's Motion for Pretrial Release; and

(3) Declaration of Michael O. Azat in Support of Government's Opposition to Defendant's Motion for Pretrial Release; Exhibits A through D.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

January 21, 2015                                          Michael O. Azat
Date                                                     Attorney Name
                                                         United States
                                                         Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)                    NOTICE OF MANUAL FILING OR LODGING