```
                                    FILED
                         CLERK, U.S. DISTRICT COURT

                              JAN 2 2 2015

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 14-209 DMG |
| Plaintiff, | ) ) | ORDER DENYING DEFENDANT'S APPLICATION TO RECONSIDER |
| v. | ) ) | ORDER DENYING PRETRIAL RELEASE |
| Ismael Gutierrez Vilavazo, | ) ) | |
| Defendant. | ) | |

I.

This matter is before the court on defendant's application to reconsider this court's  4/21/14  order denying pretrial release and imposing detention pursuant to 18 U.S.C. § 3142(e) ("Defendant's Application").

The Government (✓) is ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety of any person or the community.

## II.

A.  ( ✓ )    The Court finds by a preponderance of the evidence
             that no condition or combination of conditions
             will reasonably assure the appearance of defendant
             as required;

B.  ( ✓ )    The Court finds by clear and convincing evidence
             that no condition or combination of conditions
             will reasonably assure the safety of any other
             person and the community.

## III.

The Court has considered:

A.  ( ✓ ) the nature and circumstances of the offense(s) charged;

B.  ( ✓ ) the weight of the evidence against defendant;

C.  ( ✓ ) the history and characteristics of defendant;

D.  ( ✓ ) the nature and seriousness of the danger to any person
          or the community that would be posed by defendant's
          release;

E.  ( ✓ ) the Pretrial Services Report/Recommendation;

F.  ( ✓ ) the evidence proffered/presented at the hearing;

G.  ( ✓ ) the arguments of counsel.

## IV.

The Court concludes:

A.  ( ✓ ) Defendant poses a risk to the safety of other persons
          and the community based on: _instant offense_
    _allegations ; prior criminal history_
    _____
    _____
    _____

B.   ( ✓ ) Defendant poses a serious flight risk based on: _____

_his immigration status and travel history_

_____

_____

C.   (   ) A serious risk exists that defendant will:

      1.   (   ) obstruct or attempt to obstruct justice;

      2.   (   ) threaten, injure or intimidate a prospective witness or juror or attempt to do so;

based on:   _____

_____

_____

_____

D.   ( ✓ ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e) that no condition or combination of conditions will reasonably assure the safety of any other person and the community;

and/or

( ✓ ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e) that no condition or combination of conditions will reasonably assure the appearance of defendant as required.

IT IS ORDERED that Defendant's Application is denied and that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be committed to the custody of the Attorney General for confinement to a corrections facility

1  separate, to the extent practicable, from persons awaiting or serving

2  sentences or persons held in custody pending appeal.

3      IT IS FURTHER ORDERED that defendant be afforded reasonable

4  opportunity for private consultation with defendant's counsel.

5      IT IS FURTHER ORDERED that, on Order of a Court of the United

6  States or on request of an attorney for the Government, the person in

7  charge of the corrections facility in which defendant is confined

8  deliver defendant to a United States Marshal for the purpose of an

9  appearance in connection with a court proceeding.

10     DATED:    1/22/15

11

12                              _____
                                HONORABLE JACQUELINE CHOOLJIAN
13                              United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28