1  STEPHANIE YONEKURA
   Acting United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   KIMBERLY D. JAIMEZ (Cal. Bar No. 271235)
4  Assistant United States Attorney
   MICHAEL O. AZAT (Cal. Bar No. 278409)
5  Assistant United States Attorney
   General Crimes Section
6       1200 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone: (213) 894-2253
8       Facsimile: (213) 894-0141
        E-mail:    michael.azat@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11               UNITED STATES DISTRICT COURT

12            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,           No. CR 14-000209-TH

14         Plaintiff,                  GOVERNMENT'S *EX PARTE* APPLICATION
                                       FOR ORDER SEALING DOCUMENT;
15         v.                          DECLARATION OF MICHAEL O. AZAT

16 ISMAEL GUTIERREZ VILAVAZO,          (~~UNDER SEAL~~)
     aka "Ismail Gutierrez,"
17   aka "Mike Gutierrez,"
     aka "Mikey,"
18
           Defendant.
19

20

21      Plaintiff United States of America, by and through its counsel

22 of record, the Acting United States Attorney for the Central District

23 of California and Assistant United States Attorneys Michael O. Azat

24 and Kimberly D. Jaimez, hereby applies ex parte for an order that the

25 government's Opposition to defendant Ismail Gutierrez Vilavazo's

26 Motion for Pretrial Release, as well as this ex parte application, be

27 filed under seal.

28 //

1    This ex parte application is based upon the attached declaration
2 of Assistant United States Attorney Michael O. Azat.
3 Dated: January 21, 2015          Respectfully submitted,

                                   STEPHANIE YONEKURA
                                   Acting United States Attorney

                                   ROBERT E. DUGDALE
                                   Assistant United States Attorney
                                   Chief, Criminal Division

                                   /s/ Michael O. Azat
                                   _____
                                   MICHAEL O. AZAT
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

## DECLARATION OF MICHAEL O. AZAT

I, Michael O. Azat, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. The government requests leave to file its opposition to defendant Ismail Gutierrez Vilavazo's Motion for Pretrial Release ("opposition") under seal. The opposition and the documents filed in support thereof contain information concerning the debriefing of a Federal Bureau of Investigation confidential source ("CS"). This information constitutes sensitive information that should not be made public.

3. I have communicated with defendant's attorney, Angel Navarro, who does not oppose filing the opposition under seal.

4. Should the Court deny this application, the government requests that the opposition and this application not be filed, but be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 21, 2015.

_____
MICHAEL O. AZAT