```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    KIMBERLY D. JAIMEZ (Cal. Bar No. 271235)
 4  Assistant United States Attorney
    MICHAEL O. AZAT (Cal. Bar No. 278409)
 5  Assistant United States Attorney
    General Crimes Section
 6       1200 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-2253
 8       Facsimile: (213) 894-0141
         E-mail:   michael.azat@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-000209-TH |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER SEALING DOCUMENT |
| v. | (~~UNDER SEAL~~) |
| ISMAEL GUTIERREZ VILAVAZO, aka "Ismail Gutierrez," aka "Mike Gutierrez," aka "Mikey," | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filing is GRANTED *in part and denied in part*. The document sought to be filed under seal ~~and the government's ex parte application for sealed filing shall both be~~ *(the opposition brief & exhibits)* filed under seal, *but the application & supporting declaration shall be filed publicly*. The government may produce the underlying document as permitted or required by applicable law.

1/22/15
DATE

HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

IN CASE OF DENIAL:

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

```
_____          _____
DATE                                 HONORABLE JACQUELINE CHOOLJIAN
                                     UNITED STATES MAGISTRATE JUDGE
```

Presented by:

/s/ Michael O. Azat

MICHAEL O. AZAT
Assistant United States Attorney