## DECLARATION OF MICHAEL O. AZAT

I, MICHAEL O. AZAT, declare as follows:

1. I am an Assistant United States Attorney for the Central District of California. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. On March 27, 2015, I received an e-mail from counsel for defendant ISMAEL GUTIERREZ VILAVAZO, Angel Navarro, explaining to me that he had met with Nestor Hernandez's widow, Maribel Salinas, on February 5, 2015.

3. Defense counsel's e-mail also stated the following:

> We also interviewed a third witness who told us that within a few days of Nestor's murder, they saw Maribel Salinas and she had a number of "love bites" on her neck. These probably came from a person she was involved with romantically. Her presumed lover was not my client, and it could not be Looney. Looney was in jail already and it would have been impossible for him to leave any love-bites on her neck. This only really leaves CS-1 in our opinion. I found this particularly interesting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 31, 2015.

_____
MICHAEL O. AZAT
Assistant United States Attorney