STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
KIMBERLY D. JAIMEZ (Cal. Bar No. 271235)
Assistant United States Attorney
General Crimes Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3779
    Facsimile: (213) 894-0142
    E-mail:    kimberly.jaimez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Ismael Gutierrez Vilavazo,<br>  aka "Ismael Gutierrez,"<br>  aka "Mike Gutierrez,"<br>  aka "Mikey,"<br><br>    Defendant. | CR No. 14-209-TJH<br><br>GOVERNMENT'S STATEMENT OF NON-OPPOSITION TO EX PARTE APPLICATION to Continue Trial Date from April 7, 2015, at 10:00 a.m. to June 30, 2015, at 10:00 a.m. |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Kimberly D. Jaimez and Michael O. Azat, hereby files this Statement of Non-Opposition to defendant's Ex Parte Application to Continue Trial Date

//

//

from April 7, 2015, at 10:00 a.m. to June 30, 2015, at 10:00 a.m. (Dkt No. 126).

Dated: April 6, 2015                    Respectfully submitted,

                                        STEPHANIE YONEKURA
                                        Acting United States Attorney

                                        ROBERT E. DUGDALE
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                              /s/
                                        _____
                                        KIMBERLY D. JAIMEZ
                                        MICHAEL O. AZAT
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA