Angel Navarro (SBN 155702)
LAW OFFICE OF ANGEL NAVARRO
The Petroleum Building
714 W. Olympic Blvd., Suite 450
Los Angeles, CA 90015
Tel.: (213) 744-0216
Fax: (213) 746-4435
e-mail: angel_navarro@me.com
Attorney for Defendant
Ismael Gutierrez

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case No. CR 14-00209-TJH |
|---|---|
| Plaintiff, | |
| vs. | ORDER RE: CONTINUANCE OF JURY TRIAL DATE [126] |
| Ismael Gutierrez, | |
| Defendant. | |

Good cause having been shown by the defendant's ex parte application, IT IS

HEREBY ORDERED that the trial date in this case be continued from its current date

/

/

/

/

/

/

/

of April 7, 2015, at 10:00 a.m., to May 19, 2015 at 10:00 a.m.  Government counsel shall prepare an order re excludable time pursuant to the speedy trial act.

Dated: April 6, 2015

_____
Hon. Terry J. Hatter, Jr.
Sr. United States District Judge

Presented by:

*Angel Navarro*
ANGEL NAVARRO
Attorney for Defendant
Ismael Gutierrez