UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

| Case No. | **CR 14-0209-TJH** | Date | MAY 19, 2015 |
|---|---|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE PRESIDING |
|---|---|
| Interpreter | N/A |

| YOLANDA SKIPPER | CAROL ZURBORG | MICHAEL AZAT, AUSA<br>KIMBERLY D. JAIMEZ, AUSA<br>STEPHANIE CHRISTENSEN, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| **U.S.A. v. Defendant(s):** | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. ISMAEL GUTIERREZ VILAVAZO | ✗ | ✗ | | 1. ANGEL NAVARRO | ✗ | ✗ | |

**Proceedings:**  JURY TRIAL

___ Day COURT TRIAL          **1st** Day JURY TRIAL          ___ Death Penalty Phase

___ One day trial; ___ Begun (1st day);  **X** Held & continued;  ___ Completed by jury verdict/submitted to court.
**X** The Jury is impaneled and sworn.
**X** Opening statements made: BY GOVERNMENT AND DEFENDANT
**X** Witnesses called, sworn and testified. **X** Exhibits identified      **X** Exhibits admitted
___ Government rests.       ___ Defendant(s) _____ rests.
___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted
___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted
___ Closing arguments made     ___ Court instructs jury      ___ Bailiff sworn
___ Alternates excused     ___ Jury retires to deliberate     ___ Jury resumes deliberations
___ Findings by Court as follows:           ___ Jury Verdict as follows:
___ Dft # ___ Guilty on counts(s) ___       ___ Not Guilty on count(s)
___ Jury polled            ___ Polling waived
___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict
___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.
___ Dft # ___ remanded to custody. ___ Remand/Release # _____ issd. ___ Dft # ___ released from custody.
___ Bond exonerated as to Dft # _____
**X** Case continued to MAY 20, 2015 AT 9:00 A.M. for further trial/further jury deliberation.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
**X** Other: Government's motion in limine 122 and 124 are MOOT. Spanish Interpreter: Monica Desiderio is used for the Government witness. Indictment will be redacted.

5 : 39

CC: USPO, PTS, USM

| CR0-11 | CRIMINAL MINUTES - TRIAL | Initials of Deputy Clerk YS |
|---|---|---|