# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CR 14-0209-TJH** | Date  MAY 20, 2015 |

Present: The Honorable  **TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE PRESIDING**

Interpreter  N/A

| YOLANDA SKIPPER | CAROL ZURBORG | MICHAEL AZAT, AUSA<br>KIMBERLY D. JAIMEZ, AUSA<br>STEPHANIE CHRISTENSEN, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. **ISMAEL GUTIERREZ VILAVAZO** | ✗ | ✗ | | 1. ANGEL NAVARRO | ✗ | ✗ | |

**Proceedings:**  **JURY TRIAL**

\_\_\_ Day <u>COURT TRIAL</u>           **2ND** Day JURY TRIAL           \_\_\_ Death Penalty Phase

\_\_\_ One day trial; \_\_\_ Begun (1st day);   **X**  Held & continued;           \_\_\_ Completed by jury verdict/submitted to court.
\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made: _____
**X** Witnesses called, sworn and testified.   **X**  Exhibits identified           **X**  Exhibits admitted
**X** Government rests.           \_\_\_ Defendant(s) _____ rests.
\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted
\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted
\_\_\_ Closing arguments made           \_\_\_ Court instructs jury           \_\_\_ Bailiff sworn
\_\_\_ Alternates excused           \_\_\_ Jury retires to deliberate           \_\_\_ Jury resumes deliberations
\_\_\_ Findings by Court as follows:           \_\_\_ Jury Verdict as follows:
\_\_\_ Dft # \_\_\_ Guilty on counts(s)           \_\_\_ Not Guilty on count(s)
\_\_\_ Jury polled           \_\_\_ Polling waived
\_\_\_ Filed Witness & Exhibit lists           \_\_\_ Filed Jury notes           \_\_\_ Filed Jury Instructions           \_\_\_ Filed Jury Verdict
\_\_\_ Dft # \_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.
\_\_\_ Dft # \_\_\_ remanded to custody. \_\_\_ Remand/Release # _____ issd. \_\_\_ Dft # \_\_ released from custody.
\_\_\_ Bond exonerated as to Dft # _____
 **X** Case continued to  MAY 21, 2015 AT 9:00 A.M.  for further trial/further jury deliberation.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
 **X**  Other: Spanish Interpreter: Monica Desiderio is used for the Government witness. All jurors are present.

                                                                                                                    4 : 41

CC: USPO, PTS, USM

| CR0-11 | CRIMINAL MINUTES - TRIAL | Initials of Deputy Clerk <u>YS</u> |
|---|---|---|