# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL

| Case No. | **CR 14-0209-TJH** | Date | MAY 21, 2015 |
|---|---|---|---|

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE PRESIDING

Interpreter   N/A

| YOLANDA SKIPPER | CAROL ZURBORG | MICHAEL AZAT, AUSA<br>KIMBERLY D. JAIMEZ, AUSA<br>STEPHANIE CHRISTENSEN, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| **U.S.A. v. Defendant(s):** | Present | Cust. | Bond | **Attorneys for Defendants:** | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1.   ISMAEL GUTIERREZ VILAVAZO | X | X | | 1.   ANGEL NAVARRO | X | X | |

**Proceedings:**   JURY TRIAL

____ Day COURT TRIAL            **3RD** Day JURY TRIAL            ____ Death Penalty Phase

____ One day trial; ____ Begun (1st day); ____ Held & continued;   _X_ Completed by jury verdict/submitted to court.
____ The Jury is impaneled and sworn.
____ Opening statements made: _____
_X_ Witnesses called, sworn and testified.   _X_ Exhibits identified            _X_ Exhibits admitted
____ Government rests.                    _X_ Defendant(s) _____ rests.
____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted
____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted
_X_ Closing arguments made GOVERNMENT AND DEFENDANT   _X_ Court instructs jury   _X_ Bailiff sworn
_X_ Alternates excused       _X_ Jury retires to deliberate     ____ Jury resumes deliberations
____ Findings by Court as follows:           _X_ Jury Verdict as follows:
_X_ Dft # ____ Guilty on counts(s) 1,2,3,4,5,6,8   _X_ Not Guilty on count(s) 7
_X_ Jury polled            ____ Polling waived
_X_ Filed Witness & Exhibit lists   _X_ Filed Jury notes   _X_ Filed Jury Instructions   _X_ Filed Jury Verdict
_X_ Dft # ____ Referred to Probation Office for Investigation & Report and continued to JULY 27,2015 AT 10am. for sentencing.
_X_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_X_ Counsel stipulate to the return of exhibits upon the conclusion of trial.  Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
_X_ Other:   All jurors are present. Bailiff Dwayne Taylor, Richard Smith and Kenneth Reichman. Received Jury Note #1 re jurors schedule and name of foreperson. Rec'd Jury Note #2 and #3, answered and returned to jurors. Jury Note #4 received.  Defendant's Rule 29 is denied. Defendant's renewed Rule 29 is denied.  The Court thanks and discharges the jurors.

                                                                                                    3:36