

FILED
CLERK, U.S. DISTRICT COURT

MAY 21 2015

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES v. VILIVAZO

## CR NO. 14-00209-TJH

### GOVERNMENT'S EXHIBIT LIST

| | Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 1 | 101 | Photos of Texts on 9-19-13 btw CS and "Makey" | MAY 19 2015 | MAY 19 2015 |
| 2 | 101A | Transcript of Texts on 9-19-13 btw CS and "Makey" | MAY 19 2015 | MAY 19 2015 |
| 3 | 102 | Audio for call at 3:22 p.m. on 9-25-13 | MAY 19 2015 | MAY 19 2015 |
| 4 | 102A | Transcript for call at 3:22 p.m. on 9-25-13 | MAY 19 2015 | MAY 19 2015 |
| 5 | 103 | Audio for call at 3:53 p.m. on 9-25-13 | MAY 19 2015 | MAY 19 2015 |
| 6 | 103A | Transcript for call at 3:53 p.m. on 9-25-13 | MAY 19 2015 | MAY 19 2015 |
| 7 | 104 | Photos of Texts on 9-25-13 btw CS and Huerta | MAY 19 2015 | MAY 19 2015 |
| 8 | 104A | Transcript of Texts on 9-25-13 btw CS and Huerta | MAY 19 2015 | MAY 19 2015 |
| 9 | 105 | Photo of Texts on 9-26-13 btw CS and "Makey" | MAY 19 2015 | MAY 19 2015 |
| 10 | 105A | Transcript of Texts on 9-26-13 btw CS and "Makey" | MAY 19 2015 | MAY 19 2015 |
| 11 | 106 | Photo of Texts on 9-26-13 btw CS and Huerta | MAY 19 2015 | MAY 19 2015 |

## UNITED STATES v. VILIVAZO

### CR NO. 14-00209-TJH

### GOVERNMENT'S EXHIBIT LIST

| | Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 12 | 106A | Transcript of Texts on 9-26-13 btw CS and Huerta | MAY 1 9 2015 | MAY 1 9 2015 |
| 13 | 107 | Audio for call at 6:10 p.m. on 9-26-13 | MAY 1 9 2015 | MAY 1 9 2015 |
| 14 | 107A | Transcript for call at 6:10 p.m. on 9-25-13 | MAY 1 9 2015 | MAY 1 9 2015 |
| 15 | 108 | Audio for call at 6:43 p.m. on 9-26-13 | MAY 1 9 2015 | MAY 1 9 2015 |
| 16 | 108A | Transcript for call at 6:43 p.m. on 9-26-13 | MAY 1 9 2015 | MAY 1 9 2015 |
| 17 | 109 | Audio for call at 7:02 p.m. on 9-26-13 | MAY 1 9 2015 | MAY 1 9 2015 |
| 18 | 109A | Transcript for call at 7:02 p.m. on 9-26-13 | MAY 1 9 2015 | MAY 1 9 2015 |
| 19 | 110 | Audio for call at 7:26 p.m. on 9-26-13 | MAY 1 9 2015 | MAY 1 9 2015 |
| 20 | 110A | Transcript for call at 7:26 p.m. on 9-26-13 | MAY 1 9 2015 | MAY 1 9 2015 |
| 21 | 111 | Audio recording of controlled purchase at 7:30 p.m. on 9-26-13 | MAY 2 0 2015 | |
| 22 | 111A | Transcript of audio for recording at 7:30 p.m. on 9-26-13 | MAY 1 9 2015 | 5/19/15 |
| 23 | 112 | Audio for call at 5:24 p.m. on 10-07-13 | MAY 1 9 2015 | MAY 1 9 2015 |

## UNITED STATES v. VILIVAZO

### CR NO. 14-00209-TJH

### GOVERNMENT'S EXHIBIT LIST

| | Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 24 | 112A | Transcript for call at 5:24 p.m. on 10-07-13 | 5/19/15 | 5/19/15 |
| 25 | 113 | Audio for call at 5:56 p.m. on 10-07-13 | MAY 19 2015 | 5/19/15 |
| 26 | 113A | Transcript for call at 5:56 p.m. on 10-07-13 | MAY 19 2015 | MAY 19 2015 |
| 27 | 114 | Audio for BOP call on 7-5-14 at 6:15 p.m. | | |
| 28 | 114A | Transcript for BOP call on 7-05-14 at 6:15 p.m. | | |
| 29 | 201 | 55.9 grams of a mixture containing methamphetamine seized from CI after controlled purchase on 9-26-13 | 5/19/15 | 5/19/15 |
| 30 | 201A | Photograph of 55.9 grams of a mixture containing methamphetamine seized from CI after controlled purchase on 9/26/13 | MAY 19 2015 | MAY 19 2015 |
| 31 | 202 | Scale recovered from inside of 2005 Land Rover during search of 13349 Reedley St., Panorama City, CA on 1-16-14 | | |

3

**UNITED STATES v. VILIVAZO**

CR NO. 14-00209-TJH

**GOVERNMENT'S EXHIBIT LIST**

| | Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 32 | 202A | Photograph of scale with residue recovered from inside of 2005 Land Rover during search of 13349 Reedley St., Panorama City, CA on 1-16-14 | | |
| 33 | 203 | Small baggies recovered from 2005 Land Rover during search of 13349 Reedley St., Panorama City, CA on 1-16-14 | | |
| 34 | 203A | Photograph of small plastic baggies recovered from inside of 2005 Land Rover during search of13349 Reedley St., Panorama City, CA on 1-16-14 | | |
| 35 | 204 | Pay/owe sheet recovered from inside of 2005 Land Rover during search of13349 Reedley St., Panorama City, CA on 1-16-14 | | |
| 36 | 204A | Photograph of pay/owe sheet recovered from inside of 2005 Land Rover during search of13349 Reedley St., Panorama City, CA on 1-16-14 | | |

4

## UNITED STATES v. VILIVAZO

### CR NO. 14-00209-TJH

### GOVERNMENT'S EXHIBIT LIST

| | Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 37 | 301 | Copy of "Device Information" taken from forensic examination of Apple iPhone bearing IMEI number 990002838882585 and serial number DNPL8ZDPF8GH ("SUBJECT PHONE") | MAY 2 0 2015 | MAY 2 0 2015 |
| 38 | 302 | Copy of an "iMessage exchange" taken from forensic examination of SUBJECT PHONE | MAY 2 0 2015 | MAY 2 0 2015 |
| 39 | 303 | Copy of the "Web History" taken from forensic examination of SUBJECT PHONE | MAY 2 0 2015 | MAY 2 0 2015 |
| 40 | 304 | Photograph taken from forensic examination of SUBJECT PHONE | MAY 1 9 2015 | MAY 2 0 2015 |
| 41 | 305 | Photograph taken from forensic examination of SUBJECT PHONE | MAY 2 0 2015 | MAY 2 0 2015 |
| 42 | 306 | Photograph taken from forensic examination of SUBJECT PHONE | MAY 2 0 2015 | MAY 2 0 2015 |
| 43 | 307 | Photograph taken from forensic examination of SUBJECT PHONE | MAY 2 0 2015 | MAY 2 0 2015 |
| 44 | 308 | Photograph taken from forensic examination of SUBJECT PHONE | MAY 2 0 2015 | MAY 2 0 2015 |

## UNITED STATES v. VILIVAZO

### CR NO. 14-00209-TJH

### GOVERNMENT'S EXHIBIT LIST

| | Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 45 | 309 | Apple iPhone bearing IMEI number 990002838882585 and serial number DNPL8ZDPF8GH | 5\|20\|15 | 5\|20\|15 |
| 46 | 401 | Toll records and Historical Cell Site Information re: (818) 263-3398 | MAY 19 2015 | MAY 19 2015 |
| 47 | 401A | Custodian of records re: toll records and Historical Cell Site Information for (818) 263-3398 | MAY 19 2015 | MAY 19 2015 |
| 48 | 402 | Toll records re: (818) 602-1716 | MAY 19 2015 | MAY 19 2015 |
| 49 | 402A | Custodian of records re: toll records for (818) 602-1716 | MAY 19 2015 | MAY 19 2015 |
| 50 | 403 | Toll records re: (818) 471-2618 | MAY 19 2015 | MAY 19 2015 |
| 51 | 403A | Custodian of Records for toll records re: (818) 471-2618 | MAY 19 2015 | MAY 19 2015 |
| 52 | 404 | Toll records re: (818) 720-7725 | MAY 19 2015 | MAY 19 2015 |
| 53 | 404A | Custodian of records re: toll records for (818) 720-7725 | MAY 19 2015 | MAY 19 2015 |

## UNITED STATES v. VILIVAZO

### CR NO. 14-00209-TJH

### GOVERNMENT'S EXHIBIT LIST

| | Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 54 | 405 | Toll Summary for (818) 602-1716 on 9-19-13 | MAY 19 2015 | MAY 19 2015 |
| 55 | 406 | Toll summary for (818) 602-1716 on 9-25-13 | MAY 19 2015 | MAY 19 2015 |
| 56 | 407 | Toll summary for (818) 263-3398 on 9-25-13 | MAY 19 2015 | MAY 19 2015 |
| 57 | 408 | Toll summary for (818) 602-1617 on 9-25-13 | MAY 19 2015 | MAY 19 2015 |
| 58 | 409 | Toll summary for (818) 471-2618 on 9-25-13 | MAY 19 2015 | MAY 19 2015 |
| 59 | 410 | Toll Summary for (818) 602-1716 on 9-26-13 | MAY 19 2015 | MAY 19 2015 |
| 60 | 411 | Toll summary for (818) 263-3398 on 9-26-13 | MAY 19 2015 | MAY 19 2015 |
| 61 | 412 | Toll summary for (818) 602-1716 on 9-26-13 | MAY 19 2015 | MAY 19 2015 |
| 62 | 413 | Toll summary for (818) 263-3398 on 10-7-13 | MAY 19 2015 | MAY 19 2015 |
| 63 | 414 | Pivot Table for (818) 263-3398 for calls to (818) 915-7044 and (310) 529-0607 from July 1, 2013 to October 7, 2013 | MAY 19 2015 | MAY 19 2015 |
| 64 | 501 | RTT Reports for (818) 263-3398 on 9/26, 10/7, 10/25 | | |

## UNITED STATES v. VILIVAZO

### CR NO. 14-00209-TJH

### GOVERNMENT'S EXHIBIT LIST

| | Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 65 | 501A | Custodian of Records re: RTT Reports and Historical Cell Site Info for (818) 263-3398 on 9/26, 10/7, 10/25 | | |
| 66 | 502 | Historical Cell Site Info for (818) 263-3398 on 9/19, 9/25, 9/26, 10/4, 10/7, 10/25 | | |
| 67 | 502A | Custodian of Records re: Historical Cell Site Info for (818) 263-3398 on 9/19, 9/25, 9/26, 10/4, 10/7, 10/25 | | |
| 68 | 503 | Historical Cell Site Info for (818) 720-7725 on 9/26 | | |
| 69 | 503A | Custodian of Records re: Historical Cell Site Info (818) 720-7725 on 9/26 | | |
| 70 | 504 | Map of Historical Cell Site Info for (818) 263-3398 on 9-19-13 9:42 a.m. to 11:57 a.m. | MAY 20 2015 | 5/20/15 |
| 71 | 505 | Map of Historical Cell Site Info for (818) 263-3398 on 9-25-13 3:42 p.m. and 3:54 p.m. | MAY 20 2015 | 5/20/15 |

8

# UNITED STATES v. VILIVAZO

## CR NO. 14-00209-TJH

### GOVERNMENT'S EXHIBIT LIST

| | Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 72 | 506 | Map of Historical Cell Site Info for (818) 263-3398 on 9-26-13 6:08 p.m. and 6:44 p.m. | MAY 20 2015 | 5/20/15 |
| 73 | 507 | Map of Historical Cell Site Info for (818) 263-3398 on 10-4-13 8:11 a.m. and 8:39 a.m. | MAY 20 2015 | |
| 74 | 508 | Map of Historical Cell Site Info for (818) 263-3398 on 10-07-13 5:24 p.m. to 5:55 p.m. | MAY 20 2015 | |
| 75 | 509 | Map of Historical Cell Site Info for (818) 263-3398 on 10-25-13 2:05 p.m. and 2:10 p.m. | MAY 20 2015 | |
| 76 | 510 | Map of Historical Cell Site Info for (818) 263-3398 on 1-13-14 | MAY 20 2015 | |
| 77 | 511 | Historical Cell Site Info for (818) 263-3398 on January 13, 2013 | MAY 19 2015 | MAY 19 2015 |
| 78 | 511A | Custodian of Records re: Historical Cell Site Info (818) 263-3398 on January 13, 2013 | MAY 19 2015 | MAY 19 2015 |
| 79 | 601 | Vilavazo jail call on Aug. 03, 2014 at 7:31 p.m. | | |

9

## UNITED STATES v. VILIVAZO

### CR NO. 14-00209-TJH

### GOVERNMENT'S EXHIBIT LIST

| | Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 80 | 602 | Vilavazo jail call on Aug. 12, 2014 at 6:31 p.m. | | |
| 81 | 603 | Vilavazo jail call on Jul. 2, 2014 at 8:16 p.m. | | |
| 82 | 604 | Vilavazo jail call on Jul. 10, 2014 at 1:41 p.m. | | |
| 83 | 701 | Federal Bureau of Prison Inmate Center Report for Ismail Gutierrez Vilavazo | | |
| 84 | 702 | Custodian of records declaration for Federal Bureau of Prison Inmate Center Report for Ismail Gutierrez Vilavazo | | |
| 85 | 703 | Truview Phone Number Center Report | | |
| 86 | 703A | Custodian of Records for Truview Logs | | |
| 87 | 704 | Trulincs Inmate Information | MAY 1 9 2015 | MAY 1 9 2015 |
| 88 | 704A | Custodian of Records for Truview Logs | MAY 1 9 2015 | MAY 1 9 2015 |
| 89 | 705 | DMV Certified Records of Rosalva Gutierrez | MAY 1 9 2015 | MAY 1 9 2015 |

10

# UNITED STATES v. VILIVAZO

## CR NO. 14-00209-TJH

### GOVERNMENT'S EXHIBIT LIST

| | Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 90 | 706 | DMV Certified Records of Maria de Los Angeles Vilavazo | MAY 19 2015 | MAY 19 2015 |
| 91 | 707 | DMV Certified Records of Maria Azucena Alvarez Chavez | MAY 19 2015 | MAY 19 2015 |
| 92 | 708 | Collierville, TN, Police Department Incident Report | MAY 19 2015 | MAY 19 2015 |
| 93 | 801 | Subscriber information for (310) 529-0607 (Suzie Alvarez) (e-mail) | MAY 19 2015 | MAY 19 2015 |
| 94 | 802 | Custodian of records for (310) 529-0607 | MAY 19 2015 | MAY 19 2015 |
| 95 | 803 | Subscriber Information for (818) 915-7044 (Rosalva Gutierrez) | MAY 19 2015 | MAY 19 2015 |
| 96 | 804 | Custodian of records re: subscriber information for (818) 915-7044 | MAY 19 2015 | MAY 19 2015 |
| 97 | 805 | Subscriber information for (818) 471-2618 | MAY 19 2015 | MAY 19 2015 |
| 98 | 805A | Custodian of records for (818) 471-2618 | MAY 19 2015 | MAY 19 2015 |
| 99 | 806 | Subscriber information for (818) 720-7725 (Bates Nos. 1563-66) | MAY 19 2015 | MAY 19 2015 |

## UNITED STATES v. VILIVAZO

### CR NO. 14-00209-TJH

### GOVERNMENT'S EXHIBIT LIST

| | Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 100 | 806A | Custodian of records re: subscriber information for (818) 720-7725 | MAY 19 2015 | MAY 19 2015 |
| 101 | 901 | DMV Certified Records of Ismael Gutierrez Vilavazo | MAY 19 2015 | MAY 19 2015 |
| 102 | 902 | 2008 Chrysler 300 Registration CAL 6FDD718 | MAY 19 2015 | MAY 19 2015 |
| 103 | 903 | Photo of 2005 Land Rover Temporary Registration recovered from search of 13349 Reedley St., Panorama City, CA on 1-16-14 | | |
| 104 | 904 | Photo of 2005 Land Rover VIN No. SALAA25445A300935 recovered from search of 13349 Reedley St., Panorama City, CA on 1-16-14 | | |
| 105 | 905 | Photo of DMV Record of 2005 Land Rover with VIN No. SALAA25445A300935 | | |
| 106 | 906 | Photo of 2005 Land Rover at 13349 Reedley St., Panorama City, CA on 1-16-14 | | |

12

## UNITED STATES v. VILIVAZO

### CR NO. 14-00209-TJH

### GOVERNMENT'S EXHIBIT LIST

| | Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 107 | 907 | Sheet found in 2005 Land Rover at 13349 Reedley St., Panorama City, CA on 1-16-14 | | |
| 108 | 908 | Photo of IRS Letter dated 1-16-14 to Ismail Gutierrez Vilavazo at 11461 Oxnard St., North Hollywood, CA 91606 | | |
| 109 | 909 | Photo of Prescription Bottle for Ismail Gutierrez | | |
| 110 | 910 | Photo of Audi taken by CS | MAY 1 9 2015 | MAY 1 9 2015 |
| 111 | 911 | U.S. Department of Homeland Security Record of Deportable/Inadmissible Alien for Ismail, Gutierrez-Vilavazo | | |
| 112 | 912 | CA Marriage Certificate of Jorge Baristain Huerta and Jenny Ruiz | MAY 1 9 2015 | MAY 1 9 2015 |
| 113 | 913 | Certified Conviction of Ismail Gutierrez Vilavazo in Tenn. Dist. Court of 8 U.S.C. § 1326(a) | | |
| 114 | 914 | Certified booking photograph of Jorge Baristian Huerta | MAY 1 9 2015 | MAY 1 9 2015 |

13

## UNITED STATES v. VILIVAZO

### CR NO. 14-00209-TJH

### GOVERNMENT'S EXHIBIT LIST

|  | Exhibit No. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 115 | 915 | Stipulation between United States and defendant Ismail Gutierrez Vilavazo dated 11-25-2014 | 5/19/15 | 5/19/15 |
| 116 | 916 | Map of 11461 Oxnard Street, North Hollywood, CA and Truesdale Street at Roscoe Blvd., Los Angeles, CA | 5/20/15 | 5/20/15 |
| 117 | 917 | IRS Letter dated 1-16-14 to Ismail Gutierrez Vilavazo at 11461 Oxnard St., North Hollywood, CA 91606 |  |  |
| 118 | 918 | Collierville, TN, Police Department Prisoner Intake Form, dtd 1-13-14 |  |  |
| 119 | 919 | 2002 Ford Explorer Registration CAL 6ESB079 | MAY 1 9 2015 | MAY 1 9 2015 |