

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff(s)<br>　　　v.<br><br>ISMAEL GUTIERREZ VILAVAZO,<br>　　　　　　　　　Defendant(s) | CASE NUMBER<br><br>CR 14-0209-TJH<br><br>NOTICE OF COURT ORDER RE:<br>BAILIFF/MATRON'S PRESENCE<br>FOR JURY DELIBERATION |
|---|---|

TO: THE UNITED STATES MARSHAL

On MAY 21, 2015, Judge Terry J. Hatter, Jr., Courtroom # *17*, ORDERED that a bailiff or matron be present to provide security for the jury during its deliberation in the above-entitled case. Said bailiff or matron shall be present in the courtroom to take charge of the jury on MAY 21, 2015 *at 11:00 a.m.* This order shall remain in effect until the jury is discharged and/or the bailiff or matron is excused by the court.

　　　　　　　　　　　　　　　　　　CLERK, U.S. DISTRICT COURT

　　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　　Yolanda Skipper, Deputy Clerk

cc: File