FILED
CLERK, U.S. DISTRICT COURT

MAY 2 1 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 14-00209-TJH |
| Plaintiff, | T R I A L |
| v. | I N D I C T M E N T |
| ISMAEL GUTIERREZ VILAVAZO, | [21 U.S.C. § 846: Conspiracy to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii): Distribution of Methamphetamine; 21 U.S.C. § 843(b): Use of a Telephone to Facilitate a Felony Drug Offense; and 18 U.S.C. § 2(a): Aiding and Abetting and Causing an Act to be Done] |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.   OBJECT OF THE CONSPIRACY

Beginning on a date unknown and continuing to on or about October 7, 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendant ISMAEL GUTIERREZ VILAVAZO, and co-conspirator Jorge Beristain Huerta, aka "Moreno," and others

known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally distribute at least five grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE
     ACCOMPLISHED.

     The object of the conspiracy was to be accomplished in substance as follows:

     1.   Defendant VILAVAZO would obtain methamphetamine for distribution to customers in the Los Angeles area and elsewhere.

     2.   Co-conspirator Huerta, on behalf of defendant VILAVAZO, would store methamphetamine for later distribution to customers.

     3.   Defendant VILAVAZO would arrange the basic terms of the sale of methamphetamine to customers.

     4.   As arranged by defendant VILAVAZO, co-conspirator Huerta would deliver methamphetamine to, and pick up payment for the methamphetamine from, the customers.

C.   OVERT ACTS

     In furtherance of the conspiracy, and to accomplish the objects of the conspiracy, on or about the following dates, defendant VILAVAZO and co-conspirator Huerta, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, including but not limited to the following:

     1.   On September 19, 2013, defendant VILAVAZO told an individual whom defendant VILAVAZO believed to be a methamphetamine customer but who was, in fact, a confidential source working for law enforcement (hereinafter, "the CS") to call defendant VILAVAZO the

following day and defendant VILAVAZO would introduce the CS to a person who was holding methamphetamine on behalf of defendant VILAVAZO.

2.   On September 25, 2013, using coded language in a telephone call, defendant VILAVAZO explained to the CS that methamphetamine would be distributed to the CS by individuals whom defendant VILAVAZO referred to as "my people."

3.   On September 25, 2013, using coded language in a telephone call, defendant VILAVAZO explained to the CS that the individual who would distribute the methamphetamine to the CS was his nephew.

4.   On September 25, 2013, defendant VILAVAZO spoke with co-conspirator Huerta about the methamphetamine transaction that defendant VILAVAZO had negotiated with the CS.

5.   On September 25, 2013, at the direction of defendant VILAVAZO, co-conspirator Huerta contacted the CS to discuss when they would be able to meet to complete the methamphetamine transaction.

6.   On September 26, 2013, using coded language in a telephone call, defendant VILAVAZO agreed with the CS that he would tell co-conspirator Huerta to lower the price of the methamphetamine defendant VILAVAZO had arranged to sell to the CS.

7.   On September 26, 2013, using coded language in a telephone call, co-conspirator Huerta told the CS that the methamphetamine the CS wanted to purchase would be sold to the CS at a lower price.

8.   On September 26, 2013, in the parking lot of a North Hollywood restaurant, co-conspirator Huerta distributed approximately 48.6 grams of methamphetamine to the CS.

9.   On September 26, 2013, co-conspirator Huerta received $960 from the CS, $950 of which was payment for the methamphetamine that

1   co-conspirator Huerta sold to the CS that day and $10 of which co-
2   conspirator Huerta held as credit for a future narcotics transaction
3   with the CS.

4        10.   On October 7, 2013, using coded language in a telephone
5   call, defendant VILAVAZO told the CS that he was out of town and was
6   not immediately available to meet the CS, but that co-conspirator
7   Huerta had a small quantity of methamphetamine left that the CS could
8   purchase in defendant VILAVAZO's absence.

9        11.   On October 7, 2013, using coded language in a telephone
10  call, defendant VILAVAZO agreed to distribute one-half pound of
11  methamphetamine to the CS.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii); 18 U.S.C. § 2(a)]

On or about September 26, 2013, in Los Angeles County, within the Central District of California, defendant ISMAEL GUTIERREZ VILAVAZO knowingly aided and abetted co-conspirator Jorge Beristain Huerta, also known as ("aka") "Moreno," distribute at least five grams, that is, approximately 48.6 grams, of methamphetamine, a Schedule II controlled substance.

## COUNTS THREE THROUGH EIGHT

### [21 U.S.C. § 843(b)]

On or about the dates and times set forth below, in Los Angeles County, within the Central District of California, and elsewhere, defendant ISMAEL GUTIERREZ VILAVAZO, knowingly and intentionally used a communication facility, namely, a telephone, in committing and in causing and facilitating the commission of an act constituting a felony under Title 21, United States Code, Section 846, namely, conspiracy to distribute methamphetamine, as charged in Count One, and under Title 21, United States Code, Section 841(a)(1), namely, distribution of methamphetamine, as charged in Count Two:

| COUNT | DATE/TIME |
|-------|-----------|
| THREE | 9/25/13<br>3:22 p.m. |
| FOUR | 9/25/13<br>3:53 p.m. |
| FIVE | 9/25/13<br>4:58 p.m. |
| SIX | 9/26/13<br>6:10 p.m. |

| COUNT | DATE/TIME |
|-------|-----------|
| SEVEN | 9/26/13 <br> 6:43 p.m. |
| EIGHT | 10/7/13 <br> 5:24 p.m. |