UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Today's Date: 5/21/2014

Time: 2:35 pm

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR 14-0209-TJH |
| -v- | |
| ISMAEL GUTIERREZ VILAVAZO, | |
| Defendants. | |

REDACTED
JURY NOTE NUMBER # 1

____ THE JURY HAS REACHED AN UNANIMOUS VERDICT

____ THE JURY REQUESTS THE FOLLOWING:

STAY TILL 4:30 PM ON 5/21
COME BACK 5/22, 9:00 AM

SIGNED _____
SIGNATURE REDACTED BY THE COURT
FOREPERSON OF THE JURY