UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Today's Date: 5/21/15

Time: 3:33

UNITED STATES OF AMERICA,
   Plaintiff,
-v-
ISMAEL GUTIERREZ VILAVAZO,
   Defendants.

Case No. CR 14-0209-TJH

REDACTED
JURY NOTE NUMBER # 2

___ THE JURY HAS REACHED AN UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

What exhibit is count 5 found in?

We Will check.

*Judge Hatter* (signature)

SIGNED: SIGNATURE REDACTED BY THE COURT
FOREPERSON OF THE JURY