UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Today's Date: 5/21/15

Time: 3:47

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. CR 14-0209-TJH |
| -v- | ) |
| ISMAEL GUTIERREZ VILAVAZO, | ) |
| Defendants. | ) |

REDACTED
JURY NOTE NUMBER # 3

___ THE JURY HAS REACHED AN UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

We found the record of the call in the phone records for count 5

Thank you,

Judge Hatter

SIGNED: SIGNATURE REDACTED BY THE COURT
FOREPERSON OF THE JURY