UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Today's Date: 5/21/15

Time: 4:02

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)   Case No. CR 14-0209-TJH
-v- )
)
ISMAEL GUTIERREZ VILAVAZO, )
)
Defendants. )
)

**REDACTED**
**JURY NOTE NUMBER # 4**

✓   THE JURY HAS REACHED AN UNANIMOUS VERDICT

___ THE JURY REQUESTS THE FOLLOWING:

SIGNED: _____
SIGNATURE REDACTED
BY THE COURT
FOREPERSON OF THE JURY