FILED
CLERK, U.S. DISTRICT COURT

MAY 2 L 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Central District of California
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | 14-209 |
| Plaintiff, | CR ~~10-163~~ TJH |
| v. | |
| ISMAEL GUTIERREZ VILAVAZO, | REDACTED |
| Defendant. | Verdict FORM |

We, the jury, unanimously find Defendant Ismael Gutierrez Vilavazo:

1.  Not Guilty ___  Guilty ✓ of Count One of the indictment.
    If your answer is Not Guilty, proceed to the next page.

Having found the defendant guilty of Count One, we unanimously find the defendant conspired to distribute the following amount of "pure" or "actual" methamphetamine:

    ✓ at least five grams, but less than fifty grams OR

    _____ less than five grams.

2.    Not Guilty \_\_\_ Guilty ✓ of Count Two of the indictment.

If your answer is Not Guilty, proceed to Number 3.

Having found the defendant guilty of Count Two, we unanimously find the methamphetamine was distributed in the following amount of "pure" or "actual" methamphetamine:

    ✓ at least five grams, but less than fifty grams OR

    \_\_\_\_\_ less than five grams.

3.    Not Guilty \_\_\_ Guilty ✓ as charged in Count Three of the indictment.

4.    Not Guilty \_\_\_ Guilty ✓ as charged in Count Four of the indictment.

5.    Not Guilty \_\_\_ Guilty ✓ as charged in Count Five of the indictment.

6.    Not Guilty \_\_\_ Guilty ✓ as charged in Count Six of the indictment.

7.    Not Guilty ✓ Guilty \_\_\_ as charged in Count Seven of the indictment.

8.    Not Guilty \_\_\_ Guilty ✓ as charged in Count Eight of the indictment.

Date: 5|21|15

SIGNATURE REDACTED
BY THE COURT
_____
Foreperson