FILED
CLERK, U.S. DISTRICT COURT

MAY 27 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

ISMAEL GUTIERREZ VILAVAZO,

Defendant(s).

CASE NUMBER:

CR 14-0209-TJH

**RECEIPT FOR RELEASE OF EXHIBITS
TO COUNSEL UPON
VERDICT / JUDGMENT AT TRIAL
AFTER HEARING**

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the *JOINT* exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

Dated: 5/21/15

Signature of Counsel for: ☒ Plaintiff ☐ Defendant ☐ _____

Michael Azat                                        X 2253
Print Name                                          Telephone Number

Dated: 5/21/15

Signature of Counsel for: ☒ Plaintiff ☐ Defendant ☐ _____

Kimberly D. Jaimez                                  
Print Name                                          Telephone Number

Dated: 5/21/15

Signature of Counsel for: ☐ Plaintiff ☒ Defendant ☐ _____    626-390-6621

ANGEL NAVARRO                                       626-390-6621
Print Name                                          Telephone Number

===========================================================================

I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

Clerk, U. S. District Court

Dated: 5/27/15

By _____
Yolanda Skipper, Deputy Clerk

cc: Judge
   Counsel Signing Document