# LIST OF EXHIBITS AND WITNESSES

| | |
|---|---|
| **Case Number: CR 14-0209-TJH** | **TITLE: USA v. ISMAEL GUTIERREZ VILAVAZO** |

**Judge:** **Honorable Terry J. Hatter, Jr.,  United States District Court Judge**

**Dates of JURY Trial: 5/19/15, 5/20/15, 5/21/15**

FILED
CLERK, U.S. DISTRICT COURT
MAY 2 1 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

**Court Reporters :** Carol Zurborg

**Deputy Clerks :**  Yolanda Skipper

| Attorney(s) for Plaintiff(s)/Petitioner(s) | Attorney(s) for Defendant(s)/Respondent(s) |
|---|---|
| Michael Azat, AUSA; Kimberly D. Jaimez, AUSA  Stephanie Christensen, AUSA | Angel Navarro |

| Plaintiff(s) | | | Defendant(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | 5/19 | | | | | WITNESS: Jonathan Scott McGraw | GOVT |
| | 5/19 | | | | | WITNESS: Michael Alker, FBI Special Agent | GOVT |
| | 5/20 | | | | | WITNESS: Yader Gutierrez | GOVT |
| 920 | 5/20 | 5/20 | | | | STIPULATION | GOVT |
| | 5/20 | | | | | WITNESS: Douglas Mark Johnson | GOVT |
| | 5/20 | | | | | WITNESS: Jeremy Michael Stebbins | GOVT |
| | 5/20 | | | | | WITNESS: Michael Scott Saul | GOVT |
| | 5/20 | | | | | WITNESS: Sean James Hansen | GOVT |
| | 5/20 | | | | | WITNESS: Michael Richard Sader | GOVT |
| | | | | 5/21 | | WITNESS: Oscar Cardenas Rodriguez | DEFT |
| | | | 1001 | 5/21 | 5/21 | PHOTOGRAPHS | DEFT |
| | | | 1002 | 5/21 | 5/21 | PHOTOGRAPHS | DEFT |
| | | | 2003 | 5/21 | 5/21 | PHOTOGRAPHS | DEFT |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |