# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

**JS-3**

| | |
|---|---|
| Case No.  CR 14-0209-TJH | Date  JULY 27, 2015 |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Adele Frazier | Michael Azat, AUSA<br>Kimberly D. Jaimez, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| 1. Ismael Gutierrez Vilavazo<br>AKA:" Ismael Gutierrez, Mick Gutierrez, Mikey" | ☒ | ☐ | Angel Navarro | ☐ | ☐ | ☒ | None Present |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**   ☐ **Contested**   ☒ **Non-Evidentiary**

**Day ___ (if continued from a prior hearing date)**

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing

___ years/months Supervised Release/Probation imposed on count(s) _____ consecutive/concurrent to count(s) _____ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Perform _____ hours of community service.
___ Serve _____ in a CCC/CTC.
___ Pay $_____ fine amounts & times determined by P/O.
___ Make $_____ restitution in amounts & times determined by P/O.
___ Participate in a program for treatment of narcotic/alcohol addiction.
___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
**X** Other conditions:   Refer to Judgment and Probation Order/Commitment Order

**X** Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant does not have the ability to pay.

**X** Pay   $ 700   per count, special assessment to the United States for a total of   $ 700

___ Imprisonment for   months/years   and for a study pursuant to 18 USC _____ with results to be furnished to the Court within   days/months   whereupon the sentence shall be subject to modification.  This matter is set for further hearing on _____

___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

**X** Defendant informed of right to appeal.

___ ORDER sentencing transcript for Sentencing Commission.   **X** Processed statement of reasons.

___ Bond exonerated   ___ upon surrender   ___ upon service of _____

___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

___ Issued Remand/Release   # _____

___ Present bond to continue as bond on appeal.   ___ Appeal bond set at   $ _____

**X** Filed and distributed judgment.  ENTERED.

**X** Other   Court recommends to Bureau of Prisons that defendant be assigned to a facility in Southern California area.

_____ : **30**
Initials of Deputy Clerk   YS