| | |
|---|---|
| Name | Angel Navarro |
| Address | 714 W. Olympic Blvd., Suite 450 |
| City, State, Zip | Los Angeles, CA 90015 |
| Phone | (213) 744-0216 |
| Fax | (213) 746-4435 |
| E-Mail | angel_navarro@me.com |

☐ FPD   ☐ Appointed   ☒ CJA   ☐ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CR 14-00209-TJH-1 |
| v. | |
| Ismael Gutierrez Vilavazo, | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____Ismael Gutierrez Vilavazo_____ hereby appeals to
*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on __July 27, 2015__. Entered on the docket in this action on __July 31, 2015__.

A copy of said judgment or order is attached hereto.

__August 3, 2015__
Date

__Angel Navarro /s/__
Signature

☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).