**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 24 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-50353 |
| Plaintiff - Appellee, | D.C. No. 2:14-cr-00209-TJH |
| v. | Central District of California, Los Angeles |
| ISMAEL GUTIERREZ VILAVAZO, AKA Ismael Gutierrez, AKA Mike Gutierrez, AKA Mikey, | ORDER |
| Defendant - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of appellant's appointed counsel, Angel Navarro, Esq., to withdraw as counsel of record and to appoint new counsel is granted. Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the Central District of California, who will locate appointed counsel. The appointing authority shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

Appellant shall designate the reporter's transcript by October 1, 2015. The transcript is due November 30, 2015. The opening brief and excerpts of record are

due January 11, 2016; the answering brief is due February 10, 2016; and the optional reply brief is due within 14 days after service of the answering brief.

The Clerk shall serve this order on former counsel and on appellant individually at Reg. No. 26700-076, Federal Transfer Center Oklahoma City, P.O. Box 898801, Oklahoma City, Oklahoma 73189.